UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

JOHN WHATLEY ]
    Petitioner, ]
]
v. ] No. 1:07-0019
] Judge Trauger
WARDEN CHERRY LINDAMOOD ]
    Respondent. ]

## O R D E R

The Court has before it a *pro se* § 2254 petition (Docket Entry No. 1) for writ of habeas corpus and the respondent's Answer (Docket Entry No. 13) to the petition.

In accordance with the Memorandum contemporaneously entered, the Court finds that the petition for writ of habeas corpus lacks merit. Accordingly, the petition is DENIED and this action is hereby DISMISSED. Rule 8(a), Rules -- § 2254 Cases.

Should the petitioner file a timely notice of appeal from this order, such notice shall be treated as an application for a certificate of appealability, 28 U.S.C. § 2253(c), which will NOT issue because the petitioner has failed to make a substantial showing of the denial of a constitutional right.

It is so ORDERED.

                                    Aleta A. Trauger
                                  United States District Judge